

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

AUG 1 5 2016 AS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Robert Earl Traylor*

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Case No **1:16-cv-8110**
(To be **Judge Virginia M. Kendall**
**Magistrate Judge Susan E. Cox**
**PC5**

Lt. Todd vs
① John Doe ⑦ John Doe
② John Doe ⑧ John Doe
③ John Doe ⑨ John Doe
④ John Doe ⑩ John Doe
⑤ John Doe ⑪ John Doe
⑥ (Nurse) ⑫ (Nurse)
Jane Doe Jane Doe

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

    A.  Name: Robert Earl Taylor

    B.  List all aliases: _____

    C.  Prisoner identification number: R28891

    D.  Place of present confinement: East moline Correctional Center

    E.  Address: 100 hill crest RD, East moline IL 61244

    (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Jane Doe - Lt. Todd
        Title: Nurse
        Place of Employment: Jerome Combs Kankakee County Jail

    B.  Defendant: John Doe
        Title: Officer
        Place of Employment: Jerome Combs Kankakee County Jail

    C.  Defendant: John Doe
        Title: Officer
        Place of Employment: Jerome Combs Kankakee County Jail

    (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Injury

B. Approximate date of filing lawsuit: 2008 / 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Robert E Taylor Patricia Harris

D. List all defendants: John Doe — John Doe — John Doe

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): State Court Kankakee IL, 60901

F. Name of judge to whom case was assigned:

G. Basic claim made: Injury

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Not pending — Settled

I. Approximate date of disposition: 2009

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

During Sep 21, 2015 threw October (2nd week), I went three weeks without my meds. Do to being incarsarated At Kankakee County Jail Jerome Combs facitity. In got sick from not having them. And was housed [Isolation Nov-Dec 2015] in a one man cell. Where I was tazed five time's, shot with needles, hand cuffed, Denied meadical Attention, Denied showers And running water. to stabelize my meadical conditions. Hearing voices, High blood preAsure, mood Swings, Anixtey, Depression. whiched I suffer from At the Appointed time. A Mental-ill patient. As well. from the following defendents.

4    Revised 9/2007

8th Admenment was Broken

## IV. STATEMENT OF CLAIM

Place(s) of the occurrence <u>Kankakee County Jail Jerome Combs</u>

Date(s) of the occurrence <u>Sept-Oct Nov-Dec 2015</u>

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I Robert Taylor was incarsarated Sept 21, 2015, Due to a Criminal offense of Burlary. I was assinged Judge Erickson of Kankakee County Courts, and Kristen Steeves my public deffender. I was tempoary housed at Kankakee County Jail. for the Criminal offense Burglary. at a $50,000 Bond 10% $5,000. During the frist three weeks I went without my meds. I Robert Taylor a mental patient, which the nurse told me to put in a request of a sick call to the nurse with the pharmachy where my meds are located. Latuda - Depakote - lisinpril - Calonzapam - John Doe - Matazapam. All for the reasons of Hearing voices, Mood swings, high Blood pressure, Anixety, Depression. I was housed in E-pod for 2 weeks intake. And later moved to K-B pod for a couple weeks where later I got sick. from in proper dosage of meds and feeling sick from them. from not having them over a period of time which made me feel sick from restarting them

5

Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To pay me Robert E Taylor from the cruel and unusuall punishment that the defendent's put me threw during a medicl proceduer they tried to stabelize. In all the incorret ways.

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  tues  day of  Aug 9 , 20 16

Robert Earl Taylor
(Signature of plaintiff or plaintiffs)

Robert Earl Taylor
(Print name)

R-28891
(I.D. Number)

East Moline C.C
East Miline IL, 61244
100 hill Crest Road.
(Address)

6                                                                 Revised 9/2007

UNITED STATES DISTRICT COURT
_Northern_ DISTRICT OF ILLINOIS

_Robert Taylor_, )
    Plaintiff, )
                         )
v.                         ) Case No. _N/A not yet Given_
                         )
_Lt. Todd et al_, )
    Defendant, )

## NOTICE OF FILING

To: _Prisoner Correspondent_
    _United States District_
    _219 Dearborn St_
    _Chicago, IL, 60604_

(Original & 1 copy)      To: _____

(1 copy)

**PLEASE TAKE NOTICE** that on the date below indicated, I have served thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. _(1) Complaint Under the Civil rights_
2. _(1) motion for Attorney_
3. _(1) Account Balance transaction for payment_
4. _____

## AFFIDAVIT OF SERVICE

State of Illinois )
                  ) ss.
County of Rock Island )

I, _Robert Taylor_, being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in seal envelope(s) addressed as shown above, and by depositing said envelopes(s) in the box designated for U.S. Mail at East Moline Correctional Center, H.U. _Alvin Dirth_ together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this day of _Aug Tues 9_, 20_16_.

Subscribed and sworn to before me
this _09_ day of _August_, 20_16_.      /s/ _Robert Taylor_
                                                                    AFFIANT

_Joshua Baker_
NOTARY PUBLIC

"OFFICIAL SEAL"
JOSHUA BAKER
Notary Public, State of Illinois
My Commission Expires 05/10/2020

Register NO. _R-28891_
East Moline Correctional Center
100 Hillcrest Road
East Moline, Illinois 61244