IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ROBERT EARL TAYLOR, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-08110 |
| | ) | Judge Virginia M. Kendall |
| LT. TODD, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO EXCUSE FILING AN AMENDED COMPLAINT

**NOW COMES** James M. Roche of THEISEN & ROCHE, LTD., attorney plaintiff, **ROBERT EARL TAYLOR**, and respectfully moves this Court for entry of an Order excusing the filing of an amended complaint and, in support of said motion, states follows:

1. On September 1, 2016, Attorney James M. Roche was appointed by this court to represent plaintiff in the above matter.

2. This court's order of September 1, 2016 gave plaintiff's counsel 60 days to consult with the plaintiff, investigate his claims, and file an amended complaint, if able to do so in accordance with Federal Rules of Civil Procedure 11. The time to investigate the claim and file an amended complaint was extended to January 23, 2017, pursuant to two motions to extend.

3. On November 9, 2016, Mr. Roche attended a seminar on federal civil rights cases sponsored by the United States District Court for the Northern District of Illinois and, therefore, is fully aware of his duties and responsibilities to Mr. Taylor.

4. On January 19, 2017, plaintiff's attorney, James M. Roche, completed his

-1-

investigation of Mr. Taylor's claim. For the following reasons, Mr. Roche does not believe he can file an amended complaint in accordance with Federal Rules of Civil Procedure 11.

5. Mr. Roche's investigation consisted of the following:

a) After reviewing the pleadings, Mr. Roche met personally with Mr. Taylor at the East Moline Correctional Center on September 30, 2016 and obtained a complete and thorough history of Mr. Taylor's claim

b) As a result of the meeting, it became apparent that certain documents were necessary to completely and fairly evaluate Mr. Taylor's claim. Therefore, on October 17, 2016, Mr. Roche served a subpoena on Jerome Combs Detention Center (Combs) and Elgin Mental Health Center;

c) Mr. Roche received and reviewed the records from Elgin Mental Health Center on or about November 7, 2016. After numerous conversations with individuals at Combs, Mr. Roche received Comb's records on November 22, 2016;

d) After reviewing the records, it became apparent that a 30(b)(6) deposition was necessary to fully investigate Mr. Taylor's claim;

e) On January 19, 2017, Mr. Roche took the deposition of Heather Gill, RN. Ms. Gill was identified by Combs as the person most knowledgeable concerning issues related to Mr. Taylor's claim. Ms. Gill testified that Mr. Taylor was initially booked and processed at Combs on September 22, 2015. Ms. Gill's testimony is supported by Ex. 1 attached hereto. Ms. Gill testified that Mr. Taylor did not have his medications with him when he was booked and processed. Ms. Gill testified that Mr. Taylor requested his medications on a form dated September 22, 2015. See Ex. 2 attached hereto. Although the form was dated September 22, 2015, it is unclear when the medical office received the form. Ms. Gill testified that the medical office responded to Mr. Taylor's request on September 26, 2015 by asking Mr. Taylor to provide his pharmacy and location. See Exhibit 2. Ms. Gill testified that the medical office also contacted Mr. Taylor's treating physician to obtain a list of Mr. Taylor's medications and dosages. Ms. Gill testified that Mr. Taylor's medications were ordered on September 29, 2015 and received and administered on September 30, 2015. Ms. Gill's testimony is supported by Exhibits 3, 4, 5, 6 and 7 attached hereto. Ms. Gill testified that Mr. Taylor's initial medical examination occurred on October 22, 2015. Although Mr. Taylor was originally scheduled to be seen on October 6, 2015, Mr. Taylor refused

said examination. Ms. Gill testified that between the date Mr. Taylor was admitted and the date of the first physical examination (10/22/16), Mr.. Taylor did not complain of any feelings of ill being. Ms. Gill testified that on October 22, 2015, at Mr. Taylor's physical examination, Mr. Taylor did not complain of any feelings of ill being. Ms. Gill's testimony is supported by Ex. 8 attached hereto. A copy of Ms. Gill's deposition was not ordered, however, it can be ordered and provided to the court for the court's review.

6. The basis of Mr. Taylor's claim is Comb's failure to provide medications in a timely fashion when he was initially processed. Specifically, Mr. Taylor alleges he went without his medications for three (3) weeks. See Ex. 9 attached hereto. Although Mr. Taylor alleges incidents of excessive force, these incidents are not related to Comb's alleged failure to provide medication in a timely manner and, therefore, require a separate lawsuit as noted in this court's order dated September 1, 2016.

7. As a result of the investigation, Mr. Roche does not believe that he can file an amended complaint in accordance with Federal Rules of Civil Procedure 11. Mr. Roche is willing to reveal to the court, in chambers, as much as is necessary for the court to understand why he believes that he cannot file an amended complaint in accordance with Federal Rules of Civil Procedure 11.

8. Mr. Roche also believes that this case will be transferred to the Central District of Illinois, in light of the fact that all events occurred in Kankakee County. Mr. Roche does not maintain an office within the Central District's boundaries and it would be a hardship for Mr. Roche to travel to the Central District to prosecute this claim.

9. On January 24, 2017, Mr. Roche spoke with Robert Earl Taylor and advised him of the results of the investigation and further advised him that he would be presenting this motion

on January 25, 2017.

WHEREFORE, for the above and foregoing reasons, plaintiff prays this court enter an order excusing the filing of an amended complaint and for any other relief the court deems appropriate.

Respectfully submitted

**THEISEN & ROCHE, LTD.**

By: /s/ James M. Roche
James M. Roche

James M. Roche
**THEISEN & ROCHE, LTD.**
2100 Manchester Road, Suite 201
Wheaton, IL 60187
(630) 871-9003 - Phone
(630) 653-2525 - Fax
ARDC # 6197061



# Booking Card

## Taylor, Robert E

Print Date/Time: 11/22/2016 13:04
Login ID: ckolitwenzew

Kankakee County Sheriff's Office
ORI Number: IL0460000



*2015-00003420*

| | | | | |
|---|---|---|---|---|
| Booking #: | 2015-00003420 | Booking Date/Time: | 09/22/2015 00:24 | |
| Jacket #: | 214958 | Inmate #: | 214958/ No# | |
| Address: | 2728 S 12000E RD Pembroke Township, IL 60958 | | | |
| Phone #: | (815)944-8365 | DOB: | ███████ | Race: Black |
| SSN: | | Age: 30 | | Sex: Male |
| Hair Color: | Black | Eyes: Brown | | Height: 5ft 9 in |
| Weight: | 140.0 | | | |

Prisoner Type: Remanded
Facility:
Incarceration Reason: Felony
Pod/Block:
Cell:
Bed:

**Charge:**
State 0610 720 ILCS 5.0/19-1-A BURGLARY
Offense/Charge Date: 09/22/2015 00:26
Warrant Number:
Court Date/Time: 06/07/2016 09:30
Case Tracking ORI: IL0460200
Case Tracking #: 2015-00003420
Docket Number: New Charge
Bond/Bail Set Type: Sentenced To IDOC
Bond/Bail Set Date: 09/23/2015 13:38
Bond/Bail Set Amt: $0.00/$0.00
Bond Posted By:
Bond Post Date:
Bond Post Amt:
Severest: No

Release Date/Time: 05/12/2016 08:20
Released By: 6863 - Emery
Release Reason: Shipped To DOC
Released to ORI:
Released To:
Released to Additional Info: Shipped to IDOC

I will have opportunity to contact family or counsel.

Inmate Signature: _____

Booking Officer(s): # _____   # _____

Reviewed By: # _____
_____
Date/Time



EXHIBIT 1

Page: 1 of 1



Kankakee County Sheriff's Police
Timothy F. Bukowski, Sheriff

Inmate ID# 214958

### Kankakee County Sheriff's Department Sick Call Slip/Request Form

Name Robert Taylor  Location E-Dorm

Problem Need meds Lutdu, Msromfntz, clonzapam, Lisinpril

Signature [signed]  Date 9-22-15

**Clinic Staff Only**

Date request is received _____ Health Care staff initials_____

Non-emergent priority:

Level 1   Level 2   Level 3   Level 4

Comment Please provide the pharmacy and location so we can get them.

- o  You will be scheduled to see the medical provider
- o  You will be scheduled to see a qualified mental health provider
- o  You will be scheduled to see the dentist

Nurse [signed]   Date 9/26/15

The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Medical Provider, or Jail Administrator as per 730 ILCS 125/20. No one will be denied medical care because of an ability to pay. Inmates who do not have money on the account will be seen by the medical staff, and a negative balance will be placed on their account.

EXHIBIT 2

Kankakee County Detention Center

3000 Justice Way
Kankakee, IL 60901
Phone: (815) 802-7200   Fax: (815) 802-7296

|  | Jeffery D. Long, MD | Clyde Dayhoff, DO | Brent Huffines, PA |
|---|---|---|---|
| License #: | 036-075630 | 036-096344 | 085-003288 |

Robert E Taylor, 2728 S 12000E RD, Pembroke Township, IL 60958
DOB: ▓▓▓▓1986

Date: 09-29-2015

LATUDA, 20MG # 365

Sig: Take 1 Tablet by mouth 1 time per day for 365 days

Refill: 0

Form: Tablet


Brent Huffines
May substitute


Brent Huffines, PA

EXHIBIT 3

Kankakee County Detention Center

3000 Justice Way
Kankakee, IL 60901
Phone: (815) 802-7200   Fax: (815) 802-7296

| | Jeffery D. Long, MD | Clyde Dayhoff, DO | Brent Huffines, PA |
|---|---|---|---|
| License #: | 036-075630 | 036-096344 | 085-003288 |

Robert E Taylor, 2728 S 12000E RD, Pembroke Township, IL  60958
DOB: ███1986

Date: 09-29-2015

DEPAKOTE, 500MG  # 1095

Sig:  1 time per day for 365 days


Refill: 0




Brent Huffines
May substitute



Brent Huffines, PA


EXHIBIT 4

# Kankakee County Detention Center

3000 Justice Way
Kankakee, IL 60901
Phone: (815) 802-7200   Fax: (815) 802-7296

| | Jeffery D. Long, MD | Clyde Dayhoff, DO | Brent Huffines, PA |
|---|---|---|---|
| License #: | 036-075630 | 036-096344 | 085-003288 |

Robert E Taylor, 2728 S 12000E RD, Pembroke Township, IL  60958
DOB: ●●●●1986

Date: 09-29-2015

LISINOPRIL/HYDROCHLOROTHI, 20/25  # 730

Sig: Take 1 Tablet by mouth 2 times per day for 365 days

Refill: 0

Form: Tablet

Brent Huffines
May substitute

Brent Huffines, PA



Kankakee County Detention Center

3000 Justice Way
Kankakee, IL 60901
Phone: (815) 802-7200   Fax: (815) 802-7296

| | Jeffery D. Long, MD | Clyde Dayhoff, DO | Brent Huffines, PA |
|---|---|---|---|
| License #: | 036-075630 | 036-096344 | 085-003288 |

Robert E Taylor, 2728 S 12000E RD, Pembroke Township, IL 60958
 DOB: ██████1986

Date: 09-29-2015

MIRTAZAPINE, 15MG  # 182.5

Sig: Take ( 1/2) Tablet by mouth 1 time per day for 365 days

Refill: 0

Form: Tablet

Brent Huffines
May substitute

Brent Huffines, PA


EXHIBIT 6

No Photo Available
Taylor, Robert E, #214958 @ RELEASE
Male, 30 years old, DOB ▮1986
Allergies: Geodon,Zyprexa
Diagnoses: ANXIETY,BIPOLAR DISORDER NOS,HYPERTENSION,SCHIZOPHRENIA UNSPECIFIED STATE

| 2015-09 | 01 Tue | 02 Wed | 03 Thu | 04 Fri | 05 Sat | 06 Sun | 07 Mon | 08 Tue | 09 Wed | 10 Thu | 11 Fri | 12 Sat | 13 Sun | 14 Mon | 15 Tue | 16 Wed | 17 Thu | 18 Fri | 19 Sat | 20 Sun | 21 Mon | 22 Tue | 23 Wed | 24 Thu | 25 Fri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 - AM LISINOPRIL/HYDROCHLOROTHI 20/25 Take 1 Tablet by mouth 2 times per day for 365 days Req Start: 9/29/2015 Req End: 9/27/2016 Discontinued: 5/12/2016 Quantity per Dose:1.00 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04 - PM DEPAKOTE 500MG 1 time per day for 365 days Req Start: 9/29/2015 Req End: 9/27/2016 Discontinued: 5/12/2016 Quantity per Dose:3.00 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04 - PM LATUDA 20MG Take 1 Tablet by mouth 1 time per day for 365 days Req Start: 9/29/2015 Req End: 9/27/2016 Discontinued: 10/22/2015 Quantity per Dose:1.00 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04 - PM LISINOPRIL/HYDROCHLOROTHI 20/25 Take 1 Tablet by mouth 2 times per day for 365 days Req Start: 9/29/2015 Req End: 9/27/2016 Discontinued: 5/12/2016 Quantity per Dose:1.00 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 04 - PM MIRTAZAPINE 15MG Take (1/2) Tablet by mouth 1 time per day for 365 days Req Start: 9/29/2015 Req End: 9/27/2016 Discontinued: 5/12/2016 Quantity per Dose:0.50 | | | | | | | | | | | | | | | | | | | | | | | | | |

### Legend

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| White | Outside Prescription/Order's start and end date | Green | Dose/Treatment was administered | Red | Dose/Treatment was NOT administered | Blue | Future Dose/Treatment to be administered | Yellow | Missed Dose/Treatment |
| Purple | Treat ONCE during this time | Silver | Dose/Treatment is NOT to be administered | Orange | PRN - Dispense/Treat as needed | Pink | Dose previously dispensed (KOP) | | |

### Details

| Date | Yes-No-KOP | Shift | Medication/Order | User | Reason | Comments |
|---|---|---|---|---|---|---|
| 9/29/2015 | MISSED | 02 - AM | LISINOPRIL/HYDROCHLOROTHI 20/25 | SYSTEM | NA | NA |
| 9/29/2015 | MISSED | 04 - PM | LATUDA 20MG | SYSTEM | NA | NA |
| 9/29/2015 | MISSED | 04 - PM | DEPAKOTE 500MG | SYSTEM | NA | NA |
| 9/29/2015 | MISSED | 04 - PM | LISINOPRIL/HYDROCHLOROTHI 20/25 | SYSTEM | NA | NA |
| 9/29/2015 | MISSED | 04 - PM | MIRTAZAPINE 15MG | SYSTEM | NA | NA |
| 9/30/2015 | MISSED | 02 - AM | LISINOPRIL/HYDROCHLOROTHI 20/25 | SYSTEM | NA | NA |
| 9/30/2015 | YES | 04 - PM | LATUDA 20MG | BWAGNER | NA | NA |
| 9/30/2015 | YES | 04 - PM | DEPAKOTE 500MG | BWAGNER | NA | NA |
| 9/30/2015 | YES | 04 - PM | LISINOPRIL/HYDROCHLOROTHI 20/25 | BWAGNER | NA | NA |
| 9/30/2015 | YES | 04 - PM | MIRTAZAPINE 15MG | BWAGNER | NA | NA |



EXHIBIT 7

Taylor, Robert E, 07-28-1986, #214958
10-22-2015 Encounter as of 11-22-2016 Tue 12:36:33 PM

CHRONIC DISEASE CLINIC INITIAL:

Inmate Name:   Robert E Taylor
Jail ID Number:   214958
Institution:   Kankakee Co. Sheriff's Dept., , ,

CURRENT MEDICATIONS:
    CLONAZEPAM 1MG
    DEPAKOTE 500MG
    LAMICTAL XR 50MG
    LATUDA 120MG
    LISINOPRIL/HYDROCHLOROTHI 20/25
    MIRTAZAPINE 15MG
    NAPROXEN 500MG

ALLERGIES:
    Geodon
    Zyprexa

HISTORY:
MEDICAL HISTORY:

    HTN
SURGICAL HISTORY:

    Denies Past Surgical History.
MENTAL HEALTH HISTORY:

    Schizophrenia
    Bipolar Disorder
    Anxiety
FAMILY HISTORY:

    Hypertension:  Mother, and Grandparent
    Diabetes:  Grandparent
    Cystic Fibrosis:  Sibling
SOCIAL HISTORY:

    Smoking:   YES, < 1 ppd
    Alcohol:   NO
    Drugs:   YES - Marijuana

CHRONIC DISEASES:
300.00 ANXIETY
296.80 BIPOLAR DISORDER NOS
401.9 HYPERTENSION
295.00 SCHIZOPHRENIA UNSPECIFIED STATE


PERSONAL RISK FACTORS:
    Smoking:                     Yes 1/2 ppd
    High Blood Pressure:     Yes Managed by medication
    Alcohol:                     No
    Substance Abuse:         Yes Habitually - Marijuana

CLINIC HISTORY:
    CARDIOVASCULAR/HTN/DIABETES HISTORY:

Anticoagulant:
    NO
Chest Pain:
    NO
Shortness of Breath:
    NO
Palpitation:
    NO
Peripheral Vascular Disease:
    NO
Orthopnea:
    NO
Leg Swelling:



EXHIBIT 8

NO
Claudication:
    NO
Heart Attack/Surgery:
    NO
CVA/Stroke:
    NO
Rheumatic Fever:
    NO
Dyslipidemia:
    NO
Headache:
    NO
Syncope/Dizziness:
    NO
Hypoglycemic Episodes:
    NO
Kidney Disease:
    NO
Weight Gain/Loss:
    NO
Blurred Vision:
    NO
Foot Problems:
    NO
Nocturia:
    NO
Polyuria:
    NO

Pt states does well on MH meds. Denies SI/HI.


GENERAL DESCRIPTION::
    Robert E Taylor is a well-developed, well-groomed, well-nourished, and in no acute distress 29 year old male presenting for initial chronic disease clinic visit.

Current Medications:
    CLONAZEPAM 1MG
    DEPAKOTE 500MG
    LAMICTAL XR 50MG
    LATUDA 120MG
    LISINOPRIL/HYDROCHLOROTHI 20/25
    MIRTAZAPINE 15MG
    NAPROXEN 500MG

Allergies:
    Geodon
    Zyprexa

PHYSICAL EXAM:
    Vital Signs:
    Temp:
    Blood Pressure:         128 / 76
    Pulse:                  84
    Resp:                   18
    Height:
    Weight:                 234 lbs


SKIN:
    Warm, dry, normal color. Turgor elastic.
HEENT:
    NC. AT. PERL. EOM. BTM's gray and shiny. + LR. MMM. OP clear.
NECK:
    Supple. FROM. NT. MLT. No JVD. No lymphadenopathy. No carotid bruits. No meningismus.
RESP/THORAX:
    CTA. No rales, rhonchi or wheezes.
CARDIOVASCULAR:
    S1 S2. RRR. No murmurs or rubs. CRT < 2 seconds. Pulses 2+.
ABDOMEN:
    Soft, NT, ND, normal bowel sounds. No arterial

bruits.
MS/EXTREMITIES:
    FROM. MSS 5/5.  No rashes, lesions, clubbing, cyanosis or edema.
NEUROLOGIC:
    A/O x 3.  DTRs 2+ and symmetrical.  No gross focal deficit.  Memory intact.  Speech clear.  Gait steady.  Cerebellar intact.
PSYCH/MH:
    WNL.


DATA REVIEW: No labs at this time

ASSESSMENT:
300.00 ANXIETY
296.80 BIPOLAR DISORDER NOS
401.9 HYPERTENSION
295.00 SCHIZOPHRENIA UNSPECIFIED STATE

EDUCATION PROVIDED:
    Disease Process:  Management of disease process discussed.
    Medication Management:  Continue as ordered.
    Nutrition:  Adhere to low fat / low salt diet.
    Smoking/Tobacco Use:  Discussed effects of tobacco use on body as well as need and benefits of cessation..
    Alcohol/Substance Abuse:  Explained to patient available substance abuse programs.
    Exercise:  At least five (5) days a week for 30 minutes each day.

PLAN:

MEDICATION: Continue as prescribed

    DIET:  Low Salt Diet electronically initiated.
    BP CHECKS:  Task for weekly blood pressure checks for 90 days initiated.
    EDUCATION:  Inmate instructed to exercise at least 30 minutes each day for 5 days every week.

    LABWORK:  Task initiated for following labwork to be performed now and in 3 months (no UA in 3 months) - CBC, CMP, TSH, HgbA1C, UA Microalbumin, and fasting Lipid Panel.

    FOLLOW-UP:
        Appointment with QMHP in  electronically created.
        Patient is to return for Chronic Care with Physician in 3 months.  Electronic appointment created.
        Return to clinic if you experience new or worsening symptoms.
        Follow Up as needed


Electronic Signature:
Electronically Approved by Brent Huffines, PA on 10-22-2015 02:14:42 PM.

Chart reviewed, meds/labs ordered. akimps rn

Electronic Signature:
Electronically Approved by Angie Kimps, RN on 10-22-2015 02:28:55 PM.